IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

REPRESENTATIVE RONNY JACKSON,
*et al.*,

        Plaintiffs,

v.

                                   2:25-CV-236-Z

SHIRLEY N. WEBER, *et al.*,

        Defendants.

**JUDGMENT**

The Court **DENIED** Plaintiffs' Motions (ECF Nos. 6, 7, 8) and **DISMISSED** Plaintiffs'

claims for lack of standing. Judgment is rendered accordingly.

        **SO ORDERED**.

        October 31, 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE